**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>DISABILITY LAW CENTER</u>   v.   <u>ANCHORAGE SCHOOL DISTRICT</u>

DATE:   <u>December 10, 2007</u>   CASE NO.   <u>3:07-CV-0131-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**DENYING MOTION FOR RECONSIDERATION**

---

After thoroughly reviewing all the relevant pleadings, the Court hereby **DENIES** Plaintiff's Motion for Reconsideration at Docket 33. It was clear throughout that the issue raised by Plaintiff was "all or nothing." Either Plaintiff was entitled to the discovery it sought or it was not. The Court's ruling addressed this legal issue and resolved it. No further proceedings were reasonably contemplated.