Holly J. Johanknecht (AK Bar No. 0511103)
Meg K. Allison Zaletel (AK Bar No. 0511091)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Ste. 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Email: hollyj@dlcak.org
       mallison@dlcak.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| Disability Law Center of Alaska, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:07-cv-00131 RRB |
| | ) | |
| v. | ) | |
| | ) | |
| Anchorage School District, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION TO DISMISS

Come now Parties and stipulate that this matter should be dismissed with prejudice. Anchorage School District provided the Plaintiffs with the requested parent/guardian contact information therefore no further action is necessary.  Parties will bear their own costs and fees.

Dated: September 24, 2009          Respectfully submitted,

/s / Meg K. Allison Zaletel
Meg K. Allison Zaletel (AK Bar No. 0511091)
Disability Law Center of Alaska
3330 Arctic Blvd., Ste. 103
Anchorage, AK 99503
907.565.1002; 907.565.1000 facsimile
mallison@dlcak.org; hollyj@dlcak.org
Attorneys for Plaintiff

/s/ Cheryl Mandala (consent)
Cheryl Mandala, AK Bar No. 0605019
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, Alaska 99503
907.563.8844, 907-.563.7322 fax
cmandala@jdolaw.com